IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**RACHEL ILCONICH,**

    **Plaintiff,**

v.                                 CASE NO.: 5:21-cv-00079-JSM-PRL

**RAUSCH, STURM, ISRAEL, ENERSON
& HORNIK, LLP,**

    **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09, Plaintiff Rachel Ilconich and Defendant Rausch, Sturm, Israel, Enerson & Hornik, LLP, by and through their undersigned counsel, hereby provide notice that the Parties have reached a settlement as to all claims and controversies. Upon completion of all settlement terms, the Parties will file the necessary documents to dismiss this matter with prejudice. To that end, the Parties respectfully request 45 days to complete all settlement terms and file a joint stipulation of dismissal. The Parties shall bear their own attorney's fees and costs.

Respectfully submitted this 1st day of March 2021.

By:

| **MAZAHERI & MAZAHERI** | **MESSER STRICKLER, LTD.** |
|---|---|
| */s/ Bernard R. Mazaheri* | */s/ John M. Marees, II* |
| Bernard R. Mazaheri, Esq. | John M. Marees, II, Esq. |
| Florida Bar No. 643971 | Florida Bar No. 0069879 |
| 325 Shelby Street | 12276 San Jose Blvd., Suite 718 |
| Frankfort, Kentucky 40601 | Jacksonville, FL 32223 |
| Telephone (502) 475-8201 | Telephone (904) 527-1172 |
| bernie@thelaborfirm.com | jmarees@messerstrickler.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |